AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Robert Moncavage, Derivatively and on Behalf of OCWEN FINANCIAL CORPORATION <br> *Plaintiff* <br> v. <br> Ronald M. Faris, John V. Briti, William C. Erbey, Wilbur L. Ross, Jr, (SEE ATTACHED) <br> *Defendant* | ) ) ) ) ) ) ) ) )    Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Robert A. Salcetti

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                        *Signature of Clerk or Deputy Clerk*

# LIST OF PARTIES

## PLAINTIFFS

ROBERT MONCAVAGE, DERIVATIVELY AND ON BEHALF OF OCWEN FINANCIAL CORPORATION

## DEFENDANTS

RONALD M. FARIS, JOHN V. BRITTI, WILLIAM C. ERBEY, WILBUR L. ROSS, JR., ROBERT A. SALCETTI, TIMOTHY M. HAYES, BARRY N. WISH, WILLIAM H. LACY, AND RONALD J. KORN

AND

## NOMINAL DEFENDANTS,

OCWEN FINANCIAL CORPORATION,

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Robert Moncavage, Derivatively and on Behalf of OCWEN FINANCIAL CORPORATION <br> *Plaintiff* <br> v. <br> Ronald M. Faris, John V. Briti, William C. Erbey, Wilbur L. Ross, Jr, (SEE ATTACHED) <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Barry N. Wish

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

# LIST OF PARTIES

## PLAINTIFFS

ROBERT MONCAVAGE, DERIVATIVELY AND ON BEHALF OF OCWEN FINANCIAL CORPORATION

## DEFENDANTS

RONALD M. FARIS, JOHN V. BRITTI, WILLIAM C. ERBEY, WILBUR L. ROSS, JR., ROBERT A. SALCETTI, TIMOTHY M. HAYES, BARRY N. WISH, WILLIAM H. LACY, AND RONALD J. KORN

AND

## NOMINAL DEFENDANTS,

OCWEN FINANCIAL CORPORATION,

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Robert Moncavage, Derivatively and on Behalf of OCWEN FINANCIAL CORPORATION <br> *Plaintiff* <br> v. <br> Ronald M. Faris, John V. Briti, William C. Erbey, Wilbur L. Ross, Jr, (SEE ATTACHED) <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* John V. Britti

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

# **LIST OF PARTIES**

**PLAINTIFFS**

ROBERT MONCAVAGE, DERIVATIVELY AND ON BEHALF OF OCWEN FINANCIAL CORPORATION

**DEFENDANTS**

RONALD M. FARIS, JOHN V. BRITTI, WILLIAM C. ERBEY, WILBUR L. ROSS, JR., ROBERT A. SALCETTI, TIMOTHY M. HAYES, BARRY N. WISH, WILLIAM H. LACY, AND RONALD J. KORN

AND

**NOMINAL DEFENDANTS,**

OCWEN FINANCIAL CORPORATION,

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Robert Moncavage, Derivatively and on Behalf of OCWEN FINANCIAL CORPORATION <br> *Plaintiff* <br> v. <br> Ronald M. Faris, John V. Briti, William C. Erbey, Wilbur L. Ross, Jr, (SEE ATTACHED) <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ocwen Financial Corporation




A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____    _____
*Signature of Clerk or Deputy Clerk*

# LIST OF PARTIES

## PLAINTIFFS

ROBERT MONCAVAGE, DERIVATIVELY AND ON BEHALF OF OCWEN FINANCIAL CORPORATION

## DEFENDANTS

RONALD M. FARIS, JOHN V. BRITTI, WILLIAM C. ERBEY, WILBUR L. ROSS, JR., ROBERT A. SALCETTI, TIMOTHY M. HAYES, BARRY N. WISH, WILLIAM H. LACY, AND RONALD J. KORN

AND

## NOMINAL DEFENDANTS,

OCWEN FINANCIAL CORPORATION,

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Robert Moncavage, Derivatively and on Behalf of OCWEN FINANCIAL CORPORATION <br> *Plaintiff* <br> v. <br> Ronald M. Faris, John V. Briti, William C. Erbey, Wilbur L. Ross, Jr, (SEE ATTACHED) <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ronald J. Korn

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

# LIST OF PARTIES

## PLAINTIFFS

ROBERT MONCAVAGE, DERIVATIVELY AND ON BEHALF OF OCWEN FINANCIAL CORPORATION

## DEFENDANTS

RONALD M. FARIS, JOHN V. BRITTI, WILLIAM C. ERBEY, WILBUR L. ROSS, JR., ROBERT A. SALCETTI, TIMOTHY M. HAYES, BARRY N. WISH, WILLIAM H. LACY, AND RONALD J. KORN

AND

## NOMINAL DEFENDANTS,

OCWEN FINANCIAL CORPORATION,

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Robert Moncavage, Derivatively and on Behalf of OCWEN FINANCIAL CORPORATION<br>*Plaintiff*<br>v.<br>Ronald M. Faris, John V. Briti, William C. Erbey, Wilbur L. Ross, Jr, (SEE ATTACHED)<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ronald M. Faris

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# LIST OF PARTIES

**PLAINTIFFS**

ROBERT MONCAVAGE, DERIVATIVELY AND ON BEHALF OF OCWEN FINANCIAL CORPORATION

**DEFENDANTS**

RONALD M. FARIS, JOHN V. BRITTI, WILLIAM C. ERBEY, WILBUR L. ROSS, JR., ROBERT A. SALCETTI, TIMOTHY M. HAYES, BARRY N. WISH, WILLIAM H. LACY, AND RONALD J. KORN

AND

**NOMINAL DEFENDANTS,**

OCWEN FINANCIAL CORPORATION,

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Robert Moncavage, Derivatively and on Behalf of OCWEN FINANCIAL CORPORATION <br> *Plaintiff* <br> v. <br> Ronald M. Faris, John V. Briti, William C. Erbey, Wilbur L. Ross, Jr, (SEE ATTACHED) <br> *Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Timothy M. Hayes

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

# LIST OF PARTIES

## PLAINTIFFS

ROBERT MONCAVAGE, DERIVATIVELY AND ON BEHALF OF OCWEN FINANCIAL CORPORATION

## DEFENDANTS

RONALD M. FARIS, JOHN V. BRITTI, WILLIAM C. ERBEY, WILBUR L. ROSS, JR., ROBERT A. SALCETTI, TIMOTHY M. HAYES, BARRY N. WISH, WILLIAM H. LACY, AND RONALD J. KORN

AND

## NOMINAL DEFENDANTS,

OCWEN FINANCIAL CORPORATION,

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Robert Moncavage, Derivatively and on Behalf of OCWEN FINANCIAL CORPORATION<br>*Plaintiff*<br>v.<br>Ronald M. Faris, John V. Briti, William C. Erbey, Wilbur L. Ross, Jr, (SEE ATTACHED)<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Wilbur L. Ross, Jr.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
*Signature of Clerk or Deputy Clerk*

# LIST OF PARTIES

## PLAINTIFFS

ROBERT MONCAVAGE, DERIVATIVELY AND ON BEHALF OF OCWEN FINANCIAL CORPORATION

## DEFENDANTS

RONALD M. FARIS, JOHN V. BRITTI, WILLIAM C. ERBEY, WILBUR L. ROSS, JR., ROBERT A. SALCETTI, TIMOTHY M. HAYES, BARRY N. WISH, WILLIAM H. LACY, AND RONALD J. KORN

AND

## NOMINAL DEFENDANTS,

OCWEN FINANCIAL CORPORATION,

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Robert Moncavage, Derivatively and on Behalf of OCWEN FINANCIAL CORPORATION <br> *Plaintiff* <br> v. <br> Ronald M. Faris, John V. Briti, William C. Erbey, Wilbur L. Ross, Jr, (SEE ATTACHED) <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  William C. Erbey



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                        *Signature of Clerk or Deputy Clerk*

# LIST OF PARTIES

## PLAINTIFFS

ROBERT MONCAVAGE, DERIVATIVELY AND ON BEHALF OF OCWEN FINANCIAL CORPORATION

## DEFENDANTS

RONALD M. FARIS, JOHN V. BRITTI, WILLIAM C. ERBEY, WILBUR L. ROSS, JR., ROBERT A. SALCETTI, TIMOTHY M. HAYES, BARRY N. WISH, WILLIAM H. LACY, AND RONALD J. KORN

AND

## NOMINAL DEFENDANTS,

OCWEN FINANCIAL CORPORATION,

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Robert Moncavage, Derivatively and on Behalf of OCWEN FINANCIAL CORPORATION<br>*Plaintiff*<br>v.<br>Ronald M. Faris, John V. Briti, William C. Erbey, Wilbur L. Ross, Jr, (SEE ATTACHED)<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  William H. Lacy

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

# LIST OF PARTIES

**PLAINTIFFS**

ROBERT MONCAVAGE, DERIVATIVELY AND ON BEHALF OF OCWEN FINANCIAL CORPORATION

**DEFENDANTS**

RONALD M. FARIS, JOHN V. BRITTI, WILLIAM C. ERBEY, WILBUR L. ROSS, JR., ROBERT A. SALCETTI, TIMOTHY M. HAYES, BARRY N. WISH, WILLIAM H. LACY, AND RONALD J. KORN

AND

**NOMINAL DEFENDANTS,**

OCWEN FINANCIAL CORPORATION,