# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Civil Action No.: 9:14-cv-81378-KAM

| | |
|---|---|
| ROBERT MONCAVAGE, DERIVATIVELY AND ON BEHALF OF OCWEN FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RONALD M. FARIS, JOHN V. BRITTI, WILLIAM C. ERBEY, WILBUR L. ROSS, JR., ROBERT A. SALCETTI, TIMOTHY M. HAYES, BARRY N. WISH, WILLIAM H. LACY, AND RONALD J. KORN,<br><br>Defendants,<br><br>And<br><br>OCWEN FINANCIAL CORPORATION,<br><br>Nominal Defendant. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff Robert Moncavage files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action. This dismissal is without prejudice.

1

Dated: November 12, 2014         Respectfully submitted,

                                                       **THE ROSEN LAW FIRM, P.A.**

By:    */s/ Laurence Rosen*
      Laurence M. Rosen
      Fla. Bar No. 0182877
      275 Madison Avenue, 34th Floor
      New York, NY 10016
      Tel.: (212) 686-1060
      Fax: (212) 202-3827
      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this on the 12th day of November 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Laurence Rosen